FILED

06/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0204

IN THE SUPREME COURT FOR THE STATE OF MONTANA
DA 24-0204

MARK JOHNSON and MOLLY JOHNSON, Husband and Wife,
individually and on behalf of all others similarly situated,
*Plaintiffs/Appellants*,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
and STATE FARM FIRE AND CASUALTY COMPANY,
*Defendants/Appellees*.

On Appeal from the Montana Eleventh Judicial District Court,
Flathead County, Cause No. DV-15-2019-0000934-NE
Honorable Dan Wilson

## ORDER GRANTING APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' RESPONSE BRIEF

Pursuant to Rule 26(1), M.R.App.P., Defendants/Appellees State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, are granted a thirty-day extension of time through and including Monday, July 15, 2024, within which to file their response brief.

ELECTRONICALLY SIGNED and DATED as indicated below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 4 2024